McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET LEHRKIND, CSBN 314717
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8926
    Facsimile: (415) 744-0134
    E-Mail: Margaret.Lehrkind@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### FRESNO DIVISION

| | |
|---|---|
| PAMALA J. MYRICK,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:19-cv-01659-GSA<br><br>**MOTION AND ORDER WAIVING REQUIREMENT FOR DEFENDANT TO DELIVER PAPER COPY OF ADMINISTRATIVE RECORD TO COURT** |

    Defendant moves for waiver of the Court's requirement to produce a hard copy of the certified administrative record. The Court's Scheduling Order requires Defendant to file a hard copy of the certified administrative record with the Court (Dkt. 3). Due to the COVID-19 health emergency, Defendant is presently unable to produce a hard copy of the record to comply with

the Scheduling Order.  Thus, Defendant respectfully requests the Court to excuse Defendant from this requirement.

Dated: May 13, 2020	Respectfully submitted,

                                 McGREGOR W. SCOTT
                                 United States Attorney
                                 DEBORAH LEE STACHEL
                                 Regional Chief Counsel, Region IX
                                 Social Security Administration

By:   /s/  *Margaret Lehrkind*
         MARGARET LEHRKIND
         Special Assistant U.S. Attorney

         Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **May 13, 2020**	      **/s/ Gary S. Austin**
                                                     UNITED STATES MAGISTRATE JUDGE